

# NUMBER 13-22-00249-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF MARK ANTHONY DUNCAN AND JAIME LYNN DUNCAN

---

On appeal from the 105th District Court
of Nueces County, Texas.

---

# ORDER

**Before Justices Longoria, Hinojosa, and Silva**
**Order Per Curiam**

This cause is before the Court on the court reporter's fourth request for an extension of time to file the record until November 6, 2022. The clerk's record in this matter was filed on July 5, 2022. The court reporter has previously requested and received three extensions of time to file the reporter's record. The reporter's fourth request for extension states that:

I was unable to file this record in the appeal by 10/06/22. I expect the record in this appeal to be approximately 1900 pages as well as voluminous

exhibits. The record covers 14 days of testimony. I believe I can file the record by 11/06/22. I ask that the Court grant an extension until that time filing the record.

I ask to please be granted one more extension for this appeal. I am close to being completed with the record, but there are voluminous exhibits that need to be prepared for the exhibit volume to be submitted. My large backlog of record requests and being in court has slowed down the process a little bit, but I have been working hard to get this completed and I can definitely have it sent and submitted within the next 30 days. Thank you.

The Court, having fully examined the court reporter's fourth request for an extension of time to file the record, is of the opinion that, in the interest of justice, it should be granted by this order. The Court grants the court reporter's fourth request for an extension of time to file the record. However, the Court looks with disfavor upon the delay caused by the court reporter's failure to have previously filed the record in these matters. The Court orders the court reporter, JoAnna Farias, to file the reporter's record in this Court no later than 5:00 p.m. on November 7, 2022. No further requests for extension of time will be entertained by the Court absent exigent circumstances. The failure of the court reporter to file the record by the date and time set forth in this order shall result in the referral of this matter to the Court and may result in the issuance of an order to show cause.

The Clerk of this Court is ordered to serve a copy of this order on JoAnna Farias by certified mail, return receipt requested.

PER CURIAM

Delivered and filed on the
19th day of October, 2022.